Kelly Run Sanitation, Inc., Petitioner *v.* Commonwealth of Pennsylvania, Respondent.

Argued November 13, 1985, before President Judge CRUMLISH, JR. and Judges ROGERS, CRAIG, MACPHAIL, BARRY, COLINS and PALLADINO.

*Robert V. Campedel*, with him, *Edward P. Zemprelli, Zemprelli, Clipper and Campedel*, for petitioner.

*Bryan E. Barbin*, Deputy Attorney General, with him, *LeRoy S. Zimmerman*, Attorney General, for respondent.

PER CURIAM, December 24, 1985:

The Commonwealth has filed exceptions to this Court's Opinion and Order in this matter entered January 28, 1985. The exceptions are taken to our holding that certain equipment purchased by Kelly Run Sanitation, Inc., for use at its landfill is entitled to exemption from sales taxation as equipment used directly in the manufacturing process. 61 Pa. Code §32.32(a)(2)(ii).

Our review of the Commonwealth's brief on exceptions leads us to conclude that it raises essentially the

same issues that were presented on appeal from the Board of Finance and Revenue's order. We adhere to the reasoning expressed in our earlier Opinion and order disposing of this appeal. Accordingly, the Commonwealth's exceptions are dismissed.

### Order

Now, December 24, 1985, the exceptions filed by the Commonwealth to this Court's January 28, 1985 Opinion and Order in the above-captioned matter are dismissed. The Prothonotary is directed to enter final judgment for Kelly Run Sanitation, Inc., in the amount of $31,953.12.